MURDOCK, Justice
(concurring in part and concurring in the result in part).
In its last paragraph, the main opinion aptly observes that the underlying case filed by Rufus Scott White’s estate against Georgia-Pacific, LLC, has been settled within the policy limits provided by Georgia-Pacific’s policy with Colony Insurance Company and that Georgia-Pacific was privy to and agreed to the settlement. In this regard, I also note that the record indicates that Colony’s defense of Georgia-Pacific did not compromise Georgia-Pacific’s interests or cause injury to Georgia-Pacific. These facts provide a basis for concluding that Georgia-Pacific’s claim that Colony breached its enhanced duty of good faith is without merit, rather than moot. I therefore concur in the result reached in Part IV of the main opinion.
In all other respects, I concur in the main opinion.